# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAMIEN YOUNG,** Individually, And On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> **TARGET CORPORATION;** Does 1-100, <br><br> Defendant. | Case No. 2:16-cv-00769-BRO-RAO <br><br> **ORDER** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice as to the named Plaintiffs, and without prejudice as to the putative class. Each party shall bear its own costs and expenses.

IT IS SO ORDERED.

DATED: December 16, 2016

By: _____
Honorable Beverly R. O'Connell
United States District Court Judge

Order to Dismiss - 1